UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:03-CR-00171 |
| ) | Judge Haynes |
| LARRY PAUL KOFFMAN ) | |

## MOTION TO SUBSTITUTE COUNSEL

*[handwritten: Motion is Granted. /s/ 8/13/14]*

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney (AUSA) William L. Deneke for AUSA Jimmie Lynn Ramsaur. In support of this motion, the undersigned submits that the above-captioned case has been re-assigned to AUSA Deneke.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: *s/ William L. Deneke*
　　WILLIAM L. DENEKE
　　Assistant United States Attorney
　　110 9th Avenue South - Suite A-961
　　Nashville, Tennessee 37203-3870
　　Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and served a true and correct copy via Certified Mail to Larry Paul Koffman, No. 14382-075, FCI Schuykill, PO Box 759, Minersville, PA 17954-0759.

　　　　　　　　　　　　　　*s/ William L. Deneke*
　　　　　　　　　　　　　　WILLIAM L. DENEKE
　　　　　　　　　　　　　　Assistant United States Attorney