# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| LARRY PAUL KOFFMAN | ) | Case No.  3:03-cr-00171 |
| | ) | USM No.  14382-075 |
| | ) | Kerry Haymaker |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 3, 4 and 5   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Illegal use of controlled substance | 03/05/2021 |
| 2 | Failure to participate in drug testing and substance abuse treatment | 04/23/2021 |
| 3 | Failure to notify probation officer about change of residence | 04/14/2021 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  3700

Defendant's Year of Birth:   1955

City and State of Defendant's Residence:
Clifton, Tennessee

04/18/2022
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

April 28, 2022
Date

DEFENDANT: LARRY PAUL KOFFMAN
CASE NUMBER: 3:03-cr-00171

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Failure to maintain verifiable employment | 05/03/2021 |
| 5 | Failure to pay restitution | 05/03/2021 |

DEFENDANT: LARRY PAUL KOFFMAN
CASE NUMBER: 3:03-cr-00171

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Three months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: LARRY PAUL KOFFMAN
CASE NUMBER: 3:03-cr-00171

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

1 year, under the same conditions as previously imposed, plus the added condition that Defendant reside at the Residential Reentry Center, and follow its rules and the instructions of the United States Probation Office, for the year of supervised release.